# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **No. 13-cr-00281** |
| | : | |
| **PAUL JEFFREY JONES, JR**, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 20th day of May, 2025, upon consideration of Defendant Paul Jeffrey Jones' *Pro Se* Motion for Compassionate Release (ECF No. 66), all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby **ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**